SCANNED at LSP and Emailed
1-19-21 date by MO initials, 6 pages No.

RECEIVED
JAN 19 2021
Legal Programs Department

IN THE: UNITED STATES DISTRICT-COURT,
FOR THE: MIDDLE-DISTRICT OF LOUISIANA.

WE THE INMATES
  (PLAINTIFF)
-V.-
COL. LUKE RELHMS
  (DEFENDANT)

* OREDER TO SHOW
* CAUSE FOR AN
* PRELIMINARY
* INJUNCTION &
* A TEMPORARY
* RESTRAINING
* ORDER
* CIVIL-ACTION NO _____

UPON THE COMPLAINT, THE SUPPORTING AFFIDAVITS OF PLAINTIFF, AND THE MEMORANDUM OF LAW SUBMITTED HEREWITH; IT IS:

ORDER THAT DEFENDANT, [COL. LUKE RELHMS]; SHOW-CAUSE IN ROOM _____, OF THE UNITED STATES COURT HOUSE, [U.S. DISTRICT-COURT; 777 FLORIDA STREET, SUITE-#139, BATON-ROUGE, LA. 70801]; ON THE _____ DAY OF: _____, 20__, AT _____ O'CLOCK, WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE PURSUANT TO RULE-65(A), OF THE FEDERAL-RULES OF CIVIL-PROCEDURE; ENJOINING THE DEFENDANT, THEIR SUCCESSORS IN OFFICE, AGENTS AND EMPLOYEES, AND ALL OTHER PERSONS ACTING IN CONCERT AND PARTICIPATION WITH THEM, FROM [VIOLATING THE CENTER FOR DISEASE CONTROL; (COVID-19) PROTOCOLS]; BY COERCING US TO GO OUT IN THE FARMLINE, WITHOUT ANY MASKS, ETC.,

IT IS FURTHER ORDERED, THAT EFFECTIVE, IMMEDIATELY, AND PENDING THE HEARING AND DETERMINATION OF THIS ORDER TO SHOW-CAUSE, THE DEFENDANT [COL. LUKE RELHMS]; AND EACH OF THEIR OFFICERS, AGENTS, EMPLOYEES, EMPLOYERS, AND ALL PERSONS ACTING IN CONCERT OR PARTICIPATION WITH THEM, ARE RESTRAINED FROM [SUPRA];

IT IS FURTHER ORDERED, THAT THE ORDER TO SHOW-CAUSE, AND ALL OTHER PAPERS ATTACHED TO THIS APPLICATION, BE SERVED; ON THE AFORE SAID PLAINTIFF, BY: ( __/__/20__ ); (_____).

[ _____ ]
(JUDGE).,


DATE: [ _____ ].

UNITED-STATES-DISTRICT-JUDGE.,

IN THE: U.S. DIST. CT.

FOR THE: MIDD. DIST. OF LA.

WE THE INMATE
(PLAINTIFF)
-V.-
COL. LUKE RELHMS
(DEFENDANT)

DECLARATION OF:
WE THE INMATE
CIVIL-ACTION:
#_____

## AFFIDAVIT:

WE THE INMATE; HEREBY, DECLARES;

SEE: PAGE - (B.) (4)(5)(6)

WE, DECLARE UNDER PENALTY OF PERJURY, THAT THE FOREGOING IS TRUE AND CORRECT, EXECUTED AT L.S.P. ON: 1-14-2021

-3-

(1) Brandon Fisher #522379
(2) Jeremiah Benoit #469721
(3) Charles J. Neely #302642
(4) Jonathan M. Rosalie #479574
(5) Michael Geddis 515246
(6) Chris Washburn #562915
(7) Kevin Francis #588933
(8) Melvin Miller #598862
(9) Jules Robertson #581760
(10) Calvin Mitchell #581763
(11) Brandon Fisher #522379
(12) ANTHONY D. CRAIG SR #386727
(13) Ahmad Lawson #582150
(14) Lionel Redd, II #378358
(15) Bobby Isidore #606863
(16) Milton Wilson #626311
(17) Jackie Pruitt
(18) Darius Byrd #594402  D0644
(19) Vinterrious Burton #715776
(20) Lamarquette Erving #391445
(21) TERRANCE Logan #459337
(22) Donal Roury 627744 #
(23) Brian Allen #582304
(24) R____ #503486
(25) _____ #556026
(26)
(27)
(28)
(29)
(30)
(31)
(32)

Page B (4)(5)(6)

B-1  -4-

The above named officer arrived at camp-D Falcon yard at approximately 11:30 Am and took the rosta clip borad from major J.T. and begin to call out certain inmates names claiming we refuse to go to work.

We were told to go in falcon 1, 2, 3, and 4 to pack our stuff, and then sent us to the class room between the hobby shop and falcon one to strip down to nothing except a jumpsuit in a tempature of 35 degrees. I tried to keep my socks and shoes, but Col. Rheams told me to put shower slippers on.

The whole time this was going on we stood in the cold weather breathing on one another no mask with filthy cats all over our mattress and dungen bundle.

Around 3:30 we went to the chow Hall. When we came back from the kitchen they forced us to go on Hawk yard inside of a yard cage pen that suppose to be for a single inmate litterally naked they placed flex cuffs on all 34 inmates and put us

B-2    (5)

all in a single yard pen we all were afraid because major Jack, col Rheams and major lemund are all white, including the 2 white wardens major Jack took a seat on the walk right in front of us while we all were shivering in the cold.

Both wardens ~~were~~ told by us Inmates that we were cold, and both warden's said yea and allowed us to remain in the yard pen (cages). Total hours we were in the cold was from 12:30 to 7pm at night

They did not let any of us to see the EMT, Social worker, we have no Spoons, no Towels, no mask. etc...

B-3    (6)