# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

FISHER, ET AL.                                                    CIVIL ACTION

VERSUS                                                            21-45-SDD-EWD

RHEAMS, ET AL.

## RULING

The Court, after carefully considering the *Complaint*[1], the record, the law applicable to this action, and the *Report and Recommendations*[2] of United States Magistrate Judge Erin Wilder-Doomes, dated June 7, 2021, to which an *Objection*[3] was filed and also reviewed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY,**

**IT IS HEREBY ORDERED** that Plaintiff Jonathan Rosalie's claims against Luke Rheams, Warden James Arnold, Michael Jack, J. Thomas, Zeneika Payne, and Donald LaManna are DISMISSED WITHOUT PREJUDICE as legally frivolous and for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A due to Rosalie's failure to exhaust administrative remedies as required by 42 U.S.C. § 1997e.

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 30.
[3] Rec. Doc. 33.

**IT IS FURTHER ORDERED** that Plaintiff Kinoy Singlton's Motion to Correct Record, which is construed as a motion for relief pursuant to Fed. R. Civ. Proc. 60(b), is hereby DENIED as his claims are also unexhausted.

**IT IS FURTHER ORDERED** that this case be CLOSED as all claims are resolved. Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana the 8th day of July, 2021.

*Shelly D. Dick*
**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**